**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAY 05 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| Diane Breitman, dba The Queen of Diamonds, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> Brett Stettner, dba Winston-Stettner, <br><br> Defendant-Appellee | No. 13-55987 <br><br> D.C. No. 2:12-cv-02034-PSG (PJW) <br><br> ORDER |

Appellee's motion for leave to provide transcripts of depositions lodged, but not filed, with the district court is treated as a motion to take judicial notice of the transcripts. The motion is GRANTED. Appellee shall file the transcripts at issue within seven (7) days.

**SO ORDERED.**

FOR THE COURT

MOLLY C. DWYER
Clerk of Court

By: Omar Cubillos
Deputy Clerk